IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cr233

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| ARGIE WILLIAMS ) | |
| ) | |

**THIS MATTER** is before the Court upon motion of the government to dismiss the indictment without prejudice, pursuant to Fed. R. Crim. P. 48(a). (Doc. No. 3).

**IT IS, THEREFORE, ORDERED** that the government is granted leave to dismiss the indictment without prejudice.

The Clerk is directed to certify copies of this order to counsel for the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: January 6, 2010

Robert J. Conrad, Jr.
Chief United States District Judge